■ WILLIAM FISHER, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 36252.) — Appeal from an order of the Court of Claims. This claim against the State of New York, based on a purported suppression of evidence by an Assistant District Attorney of New York County in a criminal action against claimant, has been dismissed for insufficiency. Responsibility of the State to pay damages for the tort of an Assistant District Attorney is not demonstrated. (Public Officers Law, § 2; *Ritter* v. *State of New York,* ·283 App. Div. 833; *Fishbein* v. *State of New York,* 282 App. Div. 600.) Order unanimously affirmed, without costs. [23 Misc 2d 935.]

In decisions Nos. 7–23 : Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.